UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONOVAN J. DARVILLE (#00570113)        CIVIL ACTION

VERSUS

PAUL HALL, ET AL.        NO. 22-00057-BAJ-RLB

### RULING AND ORDER

This *pro se* prisoner action asserts various violations of Plaintiff's constitutional rights allegedly resulting from his conditions of confinement at the Ascension Parish Jail, in Donaldsonville, Louisiana. (*See* Doc. 1, Doc. 3). On April 28, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 6, the "R&R")**, recommending that Plaintiff's federal claims be dismissed with prejudice for failure to state a claim pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, and further recommending that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims. Plaintiff does not object to the R&R.

Upon de novo review, and having carefully considered Plaintiff's Complaint (Doc. 1, Doc. 3), and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims be and are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 1ST day of November, 2022

*[signature]*

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA